ANDREW S. MACKAY, #197074
amackay@donahue.com
DANIEL J. SCHACHT, #259717
dschacht@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520

Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff
JETSEN HUASHI MEDIA US CO., LTD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JETSEN HUASHI MEDIA US CO., LTD, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAMAI ENTERTAINMENT, LLC, a California limited liability company; DR. PENG HOLDING INC., a California corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:20-cv-08627-SVW-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[NO HEARING REQUESTED]<br><br>Complaint served: Sept. 24, 2020<br>Current response date: Oct. 15, 2020<br>New response date: Nov. 16, 2020 |

1

## **STIPULATION**

2    COME NOW, Plaintiff JETSEN HUASHI MEDIA US CO., LTD., a

3 California corporation, ("Plaintiff") and Defendants DAMAI ENTERTAINMENT,

4 LLC, a California limited liability company, and DR. PENG HOLDING INC., a

5 California corporation ("Defendants"), and file this Stipulation extending the time

6 for Defendants to answer or otherwise respond to Plaintiff's Complaint, and in

7 support thereof state as follows:

8    WHEREAS, on September 21, 2020, Plaintiff filed a Complaint initiating the

9 present action;

10   WHEREAS, on September 24, 2020, Plaintiff caused the Complaint to be

11 served on Defendants;

12   WHEREAS, Defendants' response is due on or before October 15, 2020;

13   WHEREAS, pursuant to Central District Local Rule 8-3, the parties may

14 Stipulate to an extension of time within which to respond to the complaint in an

15 action by not more than thirty (30) days without approval from the Court;

16   WHEREAS, Plaintiff and Defendants stipulate that Defendants shall have an

17 extension of time, to and including November 16, 2020, to respond to the

18 Complaint;

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1   SO STIPULATED.

2

3   DATED:      October 13, 2020        **DONAHUE FITZGERALD LLP**

4                                       /s/*Andrew S. MacKay*

5                                       Andrew S. Mackay
                                        Attorneys for Plaintiff
6                                       Jetsen Huashi Media US Co., Ltd

7
    DATED:      October 13, 2020        **KING & WOOD MALLESONS LLP**
8

9                                       /s/*Michael Amberg*
                                        Michael Amberg, # 330553
10                                      535 Middlefield Road, Suite 245
                                        Menlo Park, California 94025
11                                      T (650) 858-1285
                                        F (650) 858-1226
12                                      michael.amberg@us.kwm.com |
                                        Attorney for Defendants
13                                      Damai Entertainment, LLC
                                        Dr. Peng Holding Inc.
14

15

16                  **Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

17
            I hereby attest that all other signatories listed, and on whose behalf the filing
18

19  is submitted, concur in the filing's content and have authorized the filing.

20  DATED:      October 13, 2020        /s/*Andrew S. MacKay*

21                                      Andrew S. Mackay
                                        Attorney for Plaintiff
22                                      Jetsen Huashi Media US Co., Ltd

23

24

25

26

27

28

                                       2