# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JETSEN HUASHI MEDIA US CO., LTD | 2:20–cv–08627–SVW–E |
| Plaintiff(s), | |
| v. | |
| DAMAI ENTERTAINMENT, LLC, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/13/2020__

Document Number(s):   __15__

Title of Document(s):   __First STIPULATION Extending Time__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

[Prop] Order is needed for more than 30 days

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 14, 2020_      By:  _/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov_
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.