RUSS AUGUST & KABAT
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
T (310) 826-7474
F (310) 826-6991

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETSEN HUASHI MEDIA US CO., LTD, a California corporation, <br><br> Plaintiff(s) <br><br> v. <br><br> DAMAI ENTERTAINMENT, LLC, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-08627-SVW-E <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Whitman, Robert A.** of **KING & WOOD MALLESONS LLP, 500 Fifth Avenue, 50th Floor, New York, NY 10110**

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-319-7455   917-591-8167
*Telephone Number*   *Fax Number*

robert.whitman@us.kwm.com
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Damai Entertainment, LLC and Dr. Peng Holding Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**
Meyer, Nathan D.    of    RUSS AUGUST & KABAT, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025

*Designee's Name (Last Name, First Name & Middle Initial)*

239850   310-826-7474   310-826-6991
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

nmeyer@raklaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   January 15, 2021

*[signature]*

**STEPHEN V. WILSON, U.S. District Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1